U.S. DISTRICT COURT
SAVANNAH DIV.

2012 OCT 12 PM 2: 43

CLERK 
S. DIST. OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. CR612-011 |
| | ) | |
| LEQUITOR HOPKINS | ) | |

## ORDER

Defendant Lequitor Hopkins has moved to reopen the detention

hearing based on new, previously unknown information -- that her aunt

is willing to post a bond secured by real property worth approximately

$60,000. After further consideration of the detention issue, the Court

concludes that the new information does not have a material bearing on

whether there are conditions of release that will reasonably assure her

appearance for further proceedings. Defendant was on supervised

release for a 2002 drug conviction in this Court at the time of the

offenses charged in the instant indictment. While the proposed property

bond is an additional fact in her favor, the Court remains unpersuaded

that a bond in this amount is adequate given defendant's utter disregard

for her prior obligations as a releasee and the near certainty of her

conviction and lengthy prison sentence in the pending case. Her motion

is **DENIED**.

        **SO ORDERED** this /2^th day of October, 2012.

                                    **UNITED STATES MAGISTRATE JUDGE**
                                    **SOUTHERN DISTRICT OF GEORGIA**